IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

\* \* \* \* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL N0: 07-30131 |
| Plaintiff, | ) ) | **MINUTES OF COURT** |
| vs. | ) ) | DATE: 11/14/2007 |
| Manuel Escarcega-Murillo, | ) ) | |
| Defendant(s). | ) ) | |

PRESENT:  **HONORABLE J. PHIL GILBERT,  DISTRICT JUDGE**

DEPUTY CLERK: K. Jane Reynolds          COURT REPORTER: N/A

COUNSEL FOR PLAINTIFF(S): N/A

COUNSEL FOR DEFENDANT(S): N/A

MINUTE ORDER IN CHAMBERS: ( X )

PROCEEDINGS:

TIME:

   This matter is before the court on the defendant's Motion to Continue (doc # 11).

   The Court has reviewed and considered the aforementioned motion and hereby GRANTS the motion to continue as to the final pre-trial only.

   It is hereby ORDERED that this matter is STRICKEN from the final pre-trial setting of 11/16/2007 and reset for final pre-trial on 11/19/2007 at 1:30 p.m. in Benton, IL.

NORBERT G. JAWORSKI, CLERK

By: s/ K. Jane Reynolds
Deputy Clerk